UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


SIDNEY V. BARKER,

      Plaintiff,

v.                                    Civil Action No. 2:07-0815
                                      (Lead Case)

JOHN A. KING D.O. and
DAVID MCNAIR and
TEAYS VALLEY HEALTH SERVICES, INC. and
D/B/A PUTNAM GENERAL HOSPITAL and
HCA, INC. and
HEALTHTRUST, INC. - THE HOSPITAL COMPANY and
HOSPITAL CORP, L.L.C. and
WRIGHT MEDICAL TECHNOLOGY, INC. and
ROBERT EDWARDS AKA BOB EDWARDS and
EBI L.P.,

      Defendants.


O R D E R

On December 20, 2007, the court conducted a case management conference with counsel for all parties in this action, and the remaining 123 actions ("mass removal"), removed by defendants on December 13, 14, and 19, 2007.

After hearing from counsel, the court ORDERED as follows:

     1.    That this action be, and it hereby is, designated as the lead case respecting the mass removal;

2. That plaintiffs be, and they hereby are, directed to file their consolidated motion to remand and supporting memorandum in this action no later than December 27, 2007;

3. That defendants be, and they hereby are, directed to file their consolidated response to the motion to remand no later than January 28, 2008;

4. That plaintiffs be, and they hereby are, directed to file their consolidated reply no later than 10 days following January 28, 2008;

5. That counsel for all plaintiffs (a) in this action, and (b) all cases falling within the mass removal, be, and they hereby are, directed to file their respective Rule 7.1 disclosures as to all parties plaintiff in this lead action alone and not in the individual cases falling within the mass removal;

6. That this lead action, and all cases falling within the mass removal, be, and they hereby are, stayed pending further order;

7. That counsel be, and they hereby are, directed to move for relief from the stay if they contemplate filing anything beyond the aforementioned remand briefing and Rule 7.1 disclosures;

8. That attorney Arden J. Curry, II, be, and he hereby is, charged with immediately forwarding to counsel for all plaintiffs a copy of this order and any future notices of electronic filing received by him in this lead action; and

9. That attorneys Pamela Tabor Lindsay and Jennifer M. Mankins be, and they hereby are, directed forthwith to submit to the Clerk the ECF attorney registration form available on the court's website.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED:  December 21, 2007

John T. Copenhaver, Jr.
United States District Judge

3